UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>JAIME RENE GUERRERO,<br><br>                        Defendant. | Case No.: 12cr3317-MMA-1<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE**<br><br>[Doc. No. 51] |

      On September 18, 2012, Defendant Jaime Rene Guerrero ("Defendant") pleaded guilty to a one-count Information charging him with conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846. Doc. No. 25. The Court subsequently sentenced Defendant to 87 months in custody followed by a five-year term of supervised release. Doc. No. 44. Defendant now moves for early termination of supervised release. Doc. No.51. Neither the government nor United States Probation oppose the motion. *See id.* at 1; Doc. No. 54.

      Pursuant to 18 U.S.C. § 3583(e)(1), the Court may, after considering the factors set forth in 18 U.S.C. § 3553(a), "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Upon due consideration of the applicable

factors set forth in 18 U.S.C. § 3553(a), the interests of justice, and Defendant's conduct, the Court **GRANTS** the motion. Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), the Court **TERMINATES** Defendant's term of supervised release and **DISCHARGES** Defendant as of the date this Order is filed.

**IT IS SO ORDERED**.

Dated: March 8, 2022

HON. MICHAEL M. ANELLO
United States District Judge